### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>　　　Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br>　　　Defendants. | CIVIL ACTION NO. 6:13-cv-507<br><br>**CONSOLIDATED LEAD CASE** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>　　　Defendants. | CIVIL ACTION NO. 6:14-cv-759 |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>　　　Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br>　　　Defendants. | CIVIL ACTION NO. 6:14-cv-982<br><br>**CONSOLIDATED LEAD CASE** |

### ORDER

Before the Court is the Joint Motion to Sever filed by all the parties to the above-captioned actions ("the Motion"). Case No. 6:13-cv-507, Doc. No. 577; Case No. 6:14-cv-759, Doc. No. 218; Case. No. 6:14-cv-982, Doc. No. 203. The Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that all claims pertaining to U.S. Patent No. 7,218,923 are

1

hereby severed from the above-captioned cases into separate causes of action. The Clerk of the Court is **ORDERED** to assign a new case number for each of the severed actions, as set forth in the Motion. The Clerk is **ORDERED** to consolidate the new actions for pre-trial purposes, with the first case opened to serve as the lead case. Upon consolidation, the Clerk is **ORDERED** to stay the consolidated proceedings pending the resolution of IPR2015-01927 by the Patent Trial and Appeal Board.

It is further **ORDERED** that the Clerk shall docket this Order as well as the most recent Complaint in each newly-created case. The parties have five (5) days from the date of entry of this Order to agree on what documents they will designate to be carried over from the above-captioned actions and docketed in the newly-created causes of action.

The Clerk shall waive payment of a filing fee for the severed cases.

So ORDERED and SIGNED this 20th day of April, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE