# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br>     Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br>     Defendants. | **Civil Action No. 6:16-cv-363** <br><br> **CONSOLIDATED LEAD CASE** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br>     Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, et al., <br>     Defendants. | **Civil Action No. 6:16-cv-375** |

## JOINT STATUS REPORT

Pursuant to the Court's September 11, 2017 Order administratively closing the above-captioned cases (ECF 24 in Case No. 6:16-cv-363 and ECF 12 in Case No. 6:16-cv-375), the parties provide the following joint status report regarding U.S. Patent No. 7,218,923 ("the '8923 patent"), the only patent asserted in this case.

On January 4, 2016, the Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision in IPR2014-01133, finding all claims of the '8923 patent challenged in the proceeding to be patentable.  Shortly thereafter, however, the PTAB instituted review in IPR2015-01927, which also related to the '8923 patent.  In light of the PTAB instituting review in IPR2015-01927, the Court, upon the parties' motion, severed CCE's claims related to the '8923 patent from Case Nos. 6:13-cv-507 and 6:13-cv-511, created the above-captioned cases, consolidated

the cases for pre-trial purposes, and stayed the consolidated cases pending the resolution of IPR2015-01927 by the PTAB.[1]  *See* ECF 1 in Case No. 6:16-cv-363; ECF 1 in Case No 6:16-cv-375.

After the Court stayed these cases, the PTAB terminated IPR2015-01927 pursuant to the joint motion of the parties in that proceeding.  Although IPR2015-01927 was terminated, IPR2014-01133 remained active on appeal.  The Federal Circuit heard oral argument on June 7, 2017, and issued a non-precedential decision on July 17, 2017 affirming the PTAB's Final Written Decision.  *See HTC Corp. v. Cellular Commcn's Equip., LLC*, Case 2016-1858, 2017 U.S. App. LEXIS 12705 (Fed. Cir. July 17, 2017).  The time in which to file a petition for rehearing in that case has since expired.  *See* FED. R. APP. P. 35(c); FED. CIR. R. 40(e).  No other *inter partes* review proceedings relating to the '8923 patent are pending, either before the PTAB or on appeal.

In light of the Federal Circuit's affirmance of the PTAB's Final Written Decision in IPR2014-01133, there are no impediments to these cases proceeding.  The parties therefore jointly request that the Court place these consolidated cases back on the active docket.  The parties also request that the Court set a scheduling conference.  Once the Court places the consolidated case back on the active docket, CCE and the Carrier Defendants will immediately file a joint agreed motion to sever and stay the Carrier Defendants, pursuant to the parties' stipulation of February 15, 2017.

 Dated: September 21, 2017                                   Respectfully submitted,

| */s/ Edward R. Nelson III* | */s/ Nicole S. Cunningham* |
| Edward R. Nelson III | Nicole S. Cunningham |

---

[1] The Court also severed claims related to the '8923 patent from Case Nos. 6:14-cv-759 and 6:14-cv-892, and created Case Nos. 6:16-cv-364 and 6:16-cv-365.  Those cases have since been dismissed.

ed@nelbum.com
Texas State Bar No. 00797142
Ryan P. Griffin
ryan@nelbum.com
Texas State Bar No. 24053687
Thomas C. Cecil
tom@nelbum.com
Texas State Bar No. 24069489
NELSON BUMGARDNER, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
CALDWELL CASSADY & CURRY
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD, SMITH, & HILL PLLC
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas  75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@wsfirm.com
claire@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**CELLULAR COMMUNICATIONS**
**EQUIPMENT LLC**

CA State Bar No. 234390
Steve A. Moore
CA State Bar No. 232114
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 544-3119
(619) 236-1995 (fax)
Inge.Larish@pillsburylaw.com
Nicole.Cunningham@PillsburyLaw.com
Steve.Moore@PillsburyLaw.com

**ATTORNEYS FOR DEFENDANTS**
**HTC CORPORATION, HTC AMERICA INC.,**
**AND ZTE (USA), INC.**

3

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that the all parties have met and conferred and that this Joint Status Report is unopposed.

*/s/ Ed Nelson III*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2017, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Ed Nelson III*