# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § § § | |
| v. | § § | Civil Action No.: 6:16-cv-363 *Consolidated Lead Case* |
| HTC CORPORATION, et al. | § § § | |
| | § | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § § § | |
| v. | § § | Civil Action No.: 6:16-cv-375 |
| ZTE CORPORATION, et al. | § § § | |

## ORDER

On April 20, 2016, the Court severed and stayed the above-styled cases pending the resolution of IPR 2015-01927 by the Patent Trial and Appeal Board ("PTAB"). Doc. No. 1. On September 21, 2017, the parties submitted a Joint Status Report indicating that the Federal Circuit affirmed PTAB's Final Written Decision. Doc. No. 25.

It is therefore

**ORDERED** that the above-referenced cases are placed back on the active docket.

It is further **ORDERED** that the above-styled cases are **SET** for a status conference for October 24, 2017, at 2:00 p.m., in the Courtroom of Magistrate Judge K. Nicole Mitchell, 211 W. Ferguson, Room 353, Tyler, TX. The parties shall meet and confer prior to the status conference to discuss the remaining deadlines in the case and propose a timeframe for trial. The parties shall

file a joint case report statement no later than three days prior to the status conference, in which they outline the remaining deadlines in the case and propose a timeframe for trial.

So ORDERED and SIGNED this 29th day of September, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE