**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>        Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br>        Defendants. | **Civil Action No. 6:16-cv-363**<br><br>**CONSOLIDATED LEAD CASE** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>        Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br>        Defendants. | **Civil Action No. 6:16-cv-375** |

**JOINT MOTION TO SEVER AND STAY
CLAIMS AGAINST THE CARRIER DEFENDANTS**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") move jointly to sever and stay CCE's claims against the Carrier Defendants in Civil Action Nos. 6:16-cv-363 and 6:16-cv-375 (the "363/375 Consolidated Actions") so that CCE can proceed on its claims against the Manufacturer Defendants, namely HTC Corporation and HTC America Inc. (together, "HTC") and ZTE (USA), Inc. ("ZTE").

CCE and the Carrier Defendants entered into a stipulation on February 15, 2017, whereby they agreed to jointly move to sever the Carrier Defendants from the 363/375 Consolidated

Actions and stay the severed actions pending related trials against the Manufacturer Defendants (the "Stipulation").  The Stipulation includes the Carrier Defendants' commitment that should CCE proceed to trial in a case against a Manufacturer Defendant from which one or more Carrier Defendants have been severed, the applicable Carrier Defendants shall be bound consistent with Judge Mitchell's ruling in Civil Action No. 6:14-cv-251, which states that "the Carriers have agreed to be bound by the invalidity and infringement rulings in this case as to [the manufacturer]."

For the forgoing reasons, the parties to this joint motion submit that good cause exists for severing and staying CCE's claims against the Carrier Defendants in the 363/375 Consolidated Actions.  A Proposed Order is submitted with this Joint Motion for the Court's consideration and entry.

**Dated:  October 17, 2017**                                        Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@nelbum.com<br>Texas State Bar No. 24053687<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas State Bar No. 24069489<br>Nelson Bumgardner PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone:  (817) 377-9111<br>Fax:  (817) 377-3485<br><br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636 | */s/ Nicole S. Cunningham*<br>Nicole S. Cunningham<br>CA State Bar No. 234390<br>Steve A. Moore<br>CA State Bar No. 232114<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>(619) 544-3119<br>(619) 236-1995 (fax)<br>Inge.Larish@pillsburylaw.com<br>Nicole.Cunningham@PillsburyLaw.com<br>Steve.Moore@PillsburyLaw.com<br><br>**ATTORNEYS FOR<br>AT&T MOBILITY LLC** |

| | |
|---|---|
| Email: acurry@caldwellcc.com<br>Caldwell Cassady & Curry<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>Ward, Smith, & Hill PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |
| */s/ Thomas M. Dunham*<br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Patrick C. Clutter, IV<br>State Bar No. 24036374<br>patrickclutter@potterminton.com<br>Potter Minton, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>Thomas M. Dunham<br>D.C. Bar No. 448407<br>tdunham@winston.com<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100 | */s/ Mark W. McGrory*<br>Mark W. McGrory<br>Erise IP, P.A.<br>6201 College Blvd<br>Suite 300<br>Overland Park, KS 66211<br>Telephone (913) 777-5600<br>Fax: (913) 777-5601<br>mark.mcgrory@eriseip.com<br><br>Robert William Weber<br>Smith Weber LLP<br>5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, TX 75505<br>Telephone: (903) 223-5656<br>Fax: (903) 223-5652<br>bweber@smithweber.com<br><br>**ATTORNEYS FOR SPRINT SOLUTIONS, INC. AND SPRINT** |

| | SPECTRUM L.P. |
|---|---|
| **ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS** | |
| */s/ Douglas J. Dixon*<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>Douglas J. Dixon<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 226-6741<br>DDixon@hueston.com<br><br>Alexander C.D. Giza<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>agiza@hueston.com<br><br>**ATTORNEYS FOR T-MOBILE USA, INC. AND T-MOBILE US, INC.** | |

### CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that CCE and the Carrier Defendants are in agreement as to the relief sought and, therefore, jointly bring this motion. The undersigned also certifies that Defendants HTC and ZTE are unopposed.

*/s/ Edward R. Nelson III*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all parties of record on October 17, 2017 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*
