**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>        Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br>        Defendants. | **Civil Action No. 6:16-cv-363**<br><br>**CONSOLIDATED LEAD CASE** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>        Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br>        Defendants. | **Civil Action No. 6:16-cv-375** |

**JOINT STATUS REPORT**

Pursuant to the Court's September 29, 2017 Order, and in anticipation of the October 24, 2017 status conference, the parties provide the following joint status report.

The above-captioned civil actions were created, consolidated and stayed by Order of April 20, 2016.  *See* ECF 1.  The cases remained stayed for approximately eighteen months until being lifted on September 29, 2017 and placed back on the Court's active docket.  ECF 26.

The claims of the subject patent have already been construed.  *See* ECF 12, 13.  However, during the pendency of the stay, the Federal Circuit issued an opinion relating to the claim construction of the claims of the subject patent.  *See HTC Corp. v. Cellular Commc'ns Equip., LLC*, Case No. 2016-1858, 2017 U.S. App. LEXIS 12705 (Fed. Cir. July 17, 2017).

Accordingly, Defendants believe limited additional claim construction is necessary. Discovery is not complete and expert reports have not been served.

Given the lengthy stay and incomplete discovery, the parties believe there should be a period for amending pleadings, updating infringement and invalidity contentions, amending and supplementing written discovery, conducting limited claim construction, and taking necessary depositions. To this end, the parties submit as Exhibit A to this Joint Status Report a proposed Docket Control Order that culminates with trials in January 2019.

Dated: October 20, 2017                           Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@nelbum.com<br>Texas State Bar No. 24053687<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas State Bar No. 24069489<br>NELSON BUMGARDNER, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com<br>CALDWELL CASSADY & CURRY<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>J. Wesley Hill<br>Texas State Bar No. 24032294 | */s/ Nicole S. Cunningham*<br>Nicole S. Cunningham<br>CA State Bar No. 234390<br>Steve A. Moore<br>CA State Bar No. 232114<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>(619) 544-3119<br>(619) 236-1995 (fax)<br>Nicole.Cunningham@PillsburyLaw.com<br>Steve.Moore@PillsburyLaw.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**HTC CORPORATION, HTC AMERICA INC.,**<br>**AND ZTE (USA), INC.** |

| | |
|---|---|
| Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>WARD, SMITH, & HILL PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of October, 2017, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                  */s/ Edward R. Nelson III*