**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>       Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>       Defendants. | Civil Action No. 6:16-cv-00363-KNM<br><br>CONSOLIDATED LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>       Defendants. | Civil Action No. 6:16-cv-00375-KNM |

**NOTICE OF APPEARANCE AS COUNSEL FOR
<u>DEFENDANT ZTE (USA) INC.</u>**

4840-3762-7218.v2

Notice is hereby given that the undersigned attorney, Lauren E. Wardle, enters her appearance in this matter as counsel of record for ZTE (USA) Inc. and consents to electronic service of all papers in this action.

Lauren E. Wardle
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619-234-5000
Facsimile: 619-234-1995
Email: lauren.wardle@pillsburylaw.com

Dated: October 23, 2017          Respectfully submitted,

By: */s/ Lauren E. Wardle*
Lauren E. Wardle
California State Bar No. 299769
lauren.wardle@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619-234-5000
Facsimile: 619-234-1995

***Counsel for Defendant ZTE (USA) INC.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 23, 2017. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

Respectfully submitted,

By: */s/ Lauren E. Wardle*
Lauren E. Wardle
California State Bar No. 299769
lauren.wardle@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619-234-5000
Facsimile: 619-234-1995

***Counsel for Defendant ZTE (USA) INC.***