**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | ) ) ) | |
| **Plaintiff,** | ) | **Case No. 6:16-cv-363-KNM (Lead Case)** |
| **v.** | ) ) | |
| **HTC CORPORATION, ET AL.,** | ) ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) ) ) ) | |

## P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to P.R. 4-3 and the Court's Docket Control Order (Dkt. No. 37), Plaintiff Cellular Communications Equipment LLC ("Plaintiff" or "CCE") and Defendants HTC Corporation, HTC America, Inc., Exedea, Inc., ZTE Corporation, ZTE USA Inc., and ZTE Solutions, Inc. (collectively, "Defendants" and together with Plaintiff, the "Parties") file this joint claim construction and prehearing statement.

Pursuant to P.R. 4-3, the Parties provide the following:

**(A) The construction of those claim terms, phrases, or clauses on which the parties agree;**

The Parties identified two claim terms for construction, both found within U.S. Patent No. 7,218,923 (the "'8,923 patent"): "diverting unit" (claim 24) and "controlling entity" (claims 24, 26). The Parties do not agree to the construction of either claim term.

**(B) Each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed**

**construction of the claim or to oppose any other party's proposed construction of the claim, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses;**

Plaintiff's identification of proposed constructions and supporting evidence is attached hereto as <u>Exhibit A</u>.

Defendants' identification of proposed constructions and supporting evidence is attached hereto as <u>Exhibit B</u>.

**(C) The anticipated length of time necessary for the Claim Construction Hearing;**

The Parties anticipate 1 hour as the total length of time necessary for the claim construction hearing.

**(D) Whether any party proposes to call one or more witnesses, including experts, at the Claim Construction Hearing, the identity of each such witness, and for each expert, a summary of each opinion to be offered in sufficient detail to permit a meaningful deposition of that expert;**

At this time, the parties do not intend to call any witnesses at the claim construction hearing.

**(E) A list of any other issues which might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing, and proposed dates, if not previously set, for any such prehearing conference.**

At this time, the parties have no issues that might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing.

Dated: February 2, 2016                                  Respectfully submitted,

| By: /s/ Jeffrey R. Bragalone | By: /s/ Nicole S. Cunningham |
|---|---|
| Jeffrey R. Bragalone (lead attorney) | Steven A. Moore (232114) |
| Texas Bar No. 02855775 | steve.moore@pillsburylaw.com |
| Terry A. Saad | Callie A. Bjurstrom (137816) |
| Texas Bar No. 24066015 | callie.bjurstrom@pillsburylaw.com |
| Jonathan H. Rastegar | Nicole S. Cunningham (234390) |
| Texas Bar No. 24064043 | nicole.cunningham@pillsburylaw.com |
| Jerry D. Tice, II | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| Texas Bar No. 24093263 | 501 West Broadway, Suite 1100 |
| BRAGALONE CONROY PC | San Diego, CA 92101 |
| 2200 Ross Avenue | Phone: 619.544.3119 |
| Suite 4500W | Fax: 619-236-1995 |
| Dallas, TX 75201 | |
| Tel: (214) 785-6670 | *Attorneys for Defendants* |
| Fax: (214) 785-6680 | *HTC Corporation, HTC America, Inc.,* |
| jbragalone@bcpc-law.com | *Exedea, Inc., ZTE Corporation, ZTE USA* |
| tsaad@bcpc-law.com | *Inc., and ZTE Solutions, Inc.* |
| jrastegar@bcpc-law.com | |
| jtice@bcpc-law.com | |
| | |
| | |
| T. John Ward, Jr. | |
| Texas State Bar No. 00794818 | |
| J. Wesley Hill | |
| Texas State Bar No. 24032294 | |
| Claire Abernathy Henry | |
| Texas State Bar No. 24053063 | |
| WARD, SMITH, & HILL PLLC | |
| P.O. Box 1231 | |
| 1127 Judson Rd. Ste. 220 | |
| Longview, Texas 75606-1231 | |
| (903) 757-6400 | |
| (903) 757-2323 (fax) | |
| jw@jwfirm.com | |
| wh@wsfirm.com | |
| claire@wsfirm.com | |
| | |
| | |
| **Attorneys for Plaintiff** | |
| **CELLULAR COMMUNICATIONS** | |
| **EQUIPMENT LLC** | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 2nd day of February, 2018.  As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Jeffrey R. Bragalone*
Jeffrey R. Bragalone

- 4 -