# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**HTC CORPORATION, ET AL.,**<br><br>       **Defendants.** | **Civil Action No. 6:16-cv-00363-KNM (Consolidated Lead)**<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JONATHAN H. RASTEGAR

I, Jonathan H. Rastegar, hereby declare as follows:

1.     I am an attorney at the law firm of Bragalone Conroy PC in Dallas, Texas. I am counsel of record for CCE in the above-referenced matter. I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2.     The document attached as Exhibit A is a true and copy of experts of Cellular Communications Equipment LLC's Patent Owner's Response in IPR2014-01133.

3.     The document attached as Exhibit B is a true and copy of experts of the PTAB's Final Written Decision in IPR2014-01133.

4.     The document attached as Exhibit C is a true and copy of the oral argument hearing transcript in IPR2014-01133.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2018                    */s/ Jonathan H. Rastegar*
                                                                                                 Jonathan H. Rastegar