**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>**Defendants.** | Civil Action No. 6:16-cv-00363-KNM (Consolidated Lead)<br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)**

Pursuant to P.R. 4-5(d) and the Court's Docket Control Order (Dkt. No. 37), Plaintiff Cellular Communications Equipment LLC ("CCE" or "Plaintiff") and Defendants HTC Corporation, HTC America, Inc., Exedea, Inc., ZTE Corporation, ZTE Solutions, Inc., and ZTE (USA) Inc., (collectively, "Defendants") jointly file the Claim Construction Chart attached hereto as Exhibit A addressing additional terms for construction in this case.

Dated: March 14, 2018               Respectfully submitted,

| | |
|---|---|
| By: /s/ Jonathan H. Rastegar<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Terry A. Saad<br>Texas Bar No. 24066015<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Jerry D. Tice, II<br>Texas Bar No. 24093263<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670 | By: /s/ Nicole S. Cunningham<br>Callie A. Bjurstrom (CA SBN 137816)<br>callie.bjurstrom@pillsburylaw.com<br>Steven A. Moore (CA SBN 232114)<br>steve.moore@pillsburylaw.com<br>Nicole S. Cunningham (CA SBN 234290)<br>nicole.cunningham@pillsburylaw.com<br>Matthew R. Stephens (CA SBN 288223)<br>matthew.stephens@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Tel: (619) 544-3119<br>Fax: (619) 236-1995 |

1

| | |
|---|---|
| Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>tsaad@bcpc-law.com<br>jrastegar@bcpc-law.com<br>jtice@bcpc-law.com<br><br>Edward R. Nelson, III<br>ed@nelbum.com<br>Texas Bar No. 00797142<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas Bar No. 24069489<br>Nelson Bumgardner, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>Claire Abernathy Henry<br>claire@wsfirm.com<br>Texas Bar No. 24053063<br>Thomas John Ward, Jr.<br>jw@wsfirm.com<br>Texas Bar No. 00794818<br>Wesley Hill<br>wh@wsfirm.com<br>Texas Bar No. 24032294<br>Ward, Smith & Hill, PLLC<br>PO Box 1231<br>1507 Bill Owens Pkwy<br>Longview, Texas 75604<br>Phone: (903) 757-6400<br>Fax: (903) 757-2323<br><br>**ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC** | **ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC, EXEDEA, INC., ZTE SOLUTIONS, INC., AND ZTE (USA) INC.** |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 14, 2018.  As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

By: */s/ Jonathan H. Rastegar*
Jonathan H. Rastegar