**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>　　　　Defendants. | Civil Action No. 6:16-cv-00363-KNM<br><br>CONSOLIDATED LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>　　　　Defendants. | Civil Action No. 6:16-cv-00375-KNM |

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS
<u>ZTE (USA) INC., HTC CORPORATION AND HTC AMERICA INC.</u>**

Notice is hereby given that the undersigned attorney, Howard N. Wisnia, enters his appearance in this matter as counsel of record for Defendants ZTE (USA) Inc., HTC Corporation and HTC America, Inc.  In connection with this Notice, Mr. Wisnia requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the below address and contact information.

Howard N. Wisnia, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619-234-5000
Facsimile: 619-234-1995
Email: howard.wisnia@pillsburylaw.com


Dated: March 21, 2018          Respectfully submitted,

                               By: */s/ Howard N. Wisnia*
                               Howard N. Wisnia
                               California State Bar No. 184626
                               howard.wisnia@pillsburylaw.com
                               **PILLSBURY WINTHROP SHAW PITTMAN LLP**
                               501 W. Broadway, Suite 1100
                               San Diego, CA 92101-3575
                               Telephone: 619-234-5000
                               Facsimile: 619-234-1995

                               ***Counsel for Defendants ZTE (USA) INC., HTC CORPORATION AND HTC AMERICA, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 21, 2018. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).


*/s/ Howard N. Wisnia*
Howard N. Wisnia

4835-5762-5183.v1