**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants. | Civil Action No. 6:16-cv-00363-KNM <br><br> CONSOLIDATED LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 6:16-cv-00375-KNM |

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS
ZTE (USA) INC., HTC CORPORATION AND HTC AMERICA INC.**

Notice is hereby given that the undersigned attorney, Brian C. Nash, enters his appearance in this matter as counsel of record for Defendants ZTE (USA) Inc., HTC Corporation and HTC America, Inc.  In connection with this Notice, Mr. Nash requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the below address and contact information.

>Brian C. Nash
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>401 Congress Avenue, Suite 1700
>Austin, TX 78701-3797
>Telephone: 512-580-9609
>Facsimile: 512-580-9601
>Email: brian.nash@pillsburylaw.com

Dated: March 23, 2018                  Respectfully submitted,

>By: */s/ Brian C. Nash*
>Brian C. Nash (TX Bar No. 24051103)
>brian.nash@pillsburylaw.com
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>401 Congress Avenue, Suite 1700
>Austin, TX 78701-3797
>Phone: (512) 580-9609
>Fax: (512) 580-9601
>
>*Counsel for Defendants ZTE (USA) INC., HTC CORPORATION AND HTC AMERICA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 23, 2018. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

>  */s/ Brian C. Nash*
>  Brian C. Nash