# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 6:16-cv-00363-KNM (Consolidated Lead) JURY TRIAL DEMANDED |
| HTC CORPORATION, ET AL., | |
| Defendants. | |

## ORDER

The Court, having considered the Parties' Joint Motion to Amend Docket Control Order, GRANTS the Motion as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Deadline for all issues other than 30(b)(6) Depositions and Android source code review relating to the HTC Google Nexus 9, HTC 10, HTC U Ultra, and HTC U11 | March 28, 2018 | No Change |
| Fact Discovery Deadline for 30(b)(6) Depositions and Associated Motions to Compel | April 9, 2018 | No Change |
| Expert Reports and Witness Designations for Parties with the Burden of Proof | April 11, 2018 | No Change |
| Fact Discovery Deadline for Android source code review of the HTC Google Nexus 9, HTC 10, HTC U Ultra, and | March 28, 2018 | April 20, 2018 |

2

| | | |
|---|---|---|
| HTC U11 | | |
| CCE to serve supplemental expert report regarding the HTC Google Nexus 9, HTC 10, HTC U Ultra, and HTC U11 | None | April 23, 2018 |
| Expert Reports and Witness Designations for Rebuttal | May 11, 2018 | No change |
| Expert Discovery Deadline | May 25, 2018 | No change |

All other aspects of the Original Docket Control Order (Dkt. No. 37) as modified by the Court's March 9, 2018 Order (Dkt. No. 66) remain unchanged.

So ORDERED and SIGNED this 2nd day of April, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE