# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants. | Civil Action No. 6:16-cv-00363-KNM <br><br> CONSOLIDATED LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 6:16-cv-00375-KNM |

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS
ZTE (USA) INC., HTC CORPORATION AND HTC AMERICA INC.**

Notice is hereby given that the undersigned attorney, Sara J. O'Connell, enters her appearance in this matter as counsel of record for Defendants ZTE (USA) Inc., HTC Corporation and HTC America, Inc.  In connection with this Notice, Ms. O'Connell requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the below address and contact information.

Sara J. O'Connell, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone:     619-234-5000
Facsimile:     619-234-1995
Email: sara.oconnell@pillsburylaw.com


 Dated: May 7, 2018	Respectfully submitted,

	By: */s/ Sara J. O'Connell*
	Sara J. O'Connell
	California State Bar No. 238328
	sara.oconnell@pillsburylaw.com
	**PILLSBURY WINTHROP SHAW PITTMAN LLP**
	501 W. Broadway, Suite 1100
	San Diego, CA 92101-3575
	Telephone:     619-234-5000
	Facsimile:     619-234-1995

	*Counsel for Defendants ZTE (USA) INC., HTC CORPORATION AND HTC AMERICA, INC.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 7, 2018. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                        */s/ Sara J. O'Connell*
                                        Sara J. O'Connell