# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>**Defendants.** | **Civil Action No. 6:16-cv-00363-KNM (Consolidated Lead)**<br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants HTC Corporation and HTC America, Inc. (together, "HTC") pertaining to Civil Action No. 6:16-cv-363. Having considered the Joint Stipulation of Dismissal, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that CCE's claims against HTC in Civil Action No. 6:16-cv-363 are DISMISSED WITH PREJUDICE and HTC's claims against CCE in Civil Action No. 6:16-cv-363 are DISMISSED WITHOUT PREJUDICE as set forth in the Joint Stipulation of Dismissal, with each party to the Joint Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.

IT IS FURTHER ORDERED that CCE's claims against AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. that were severed and stayed from Civil Action No. 6:16-cv-363 are dismissed WITH PREJUDICE solely to the extent those claims for

relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for HTC that are the subject of the settlement agreement between CCE and HTC.

So ORDERED and SIGNED this 10th day of July, 2018.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE