# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § § § § § § § | Case No. 6:16-CV-00363-KNM (Lead Case) |
| Plaintiff, | | |
| v. | | |
| HTC CORPORATION ET AL | | |
| Defendants. | | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § § § § § § § § | Case No. 6:16-CV-00375-KNM (Consolidated Case) |
| Plaintiff, | | |
| v. | | |
| ZTE CORPORATION ET AL | | |
| Defendants. | | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants ZTE Corporation, ZTE (USA) Inc., ZTE Solutions, Inc. (collectively, "ZTE") file this Notice of Appearance, and hereby notify the Court that Eric H. Findlay, of the law firm Findlay Craft, P.C., 102 N. College Ave., Suite 900, Tyler, TX 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for ZTE. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Dated: July 16, 2018                                Respectfully submitted,

                                                By: */s/ Eric H. Findlay*
                                                Eric H. Findlay

Texas Bar No. 00789886  
FINDLAY CRAFT, P.C.  
102 N. College Ave.  
Suite 900  
Tyler, TX 75702  
Telephone: (903) 534-1100  
Facsimile: (903) 534-1137  
efindlay@findlaycraft.com  

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Eric H. Findlay*  
Eric H. Findlay