**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>            Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>            Defendants. | Civil Action No. 6:16-cv-00363-KNM<br><br>CONSOLIDATED LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>            Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>            Defendants. | Civil Action No. 6:16-cv-00375-KNM |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants ZTE (USA), Inc., ZTE Corporation, and ZTE Solutions, Inc., ("ZTE") file this Notice of Appearance, and hereby notify the Court that Matthew R. Stephens, of the law firm:  Pillsbury Winthrop Shaw Pittman, LLP, 501 West Broadway, Suite 1100, San Diego, California 92101, Telephone (619) 544-3196, Fax (619-236-1995, E-mail: matthew.stephens@pillsburylaw.com has entered this action as counsel for ZTE.  In connection with this notice, Mr. Stephens requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Dated: July 16, 2018　　　　　　　Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Matthew R. Stephens*
Matthew R. Stephens (288223)
matthew.stephens@pillsburylaw.com
Nicole S. Cunningham (234390)
nicole.cunningham@pillsburylaw.com
Steven A. Moore (232114)
steve.moore@pillsburylaw.com
Callie A. Bjurstrom (137816)
callie.bjurstrom@pillsburylaw.com
Sara J. O'Connell (238328)
sara.oconnell@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
619.234.5000
619.236.1995

*Counsel for Defendants ZTE (USA), Inc., ZTE Corporation, and ZTE Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify on July 16, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** via the Court's CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

By: */s/Matthew R. Stephens*  
Matthew R. Stephens
