**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § § | |
| | § | CIVIL NO. 6:16-CV-363-KNM |
| v. | § § | |
| HTC CORPORATION, et al. | § § | |

**ORDER**

Before the Court is Plaintiff's Daubert Motion to Exclude or Limit the Testimony of ZTE's Invalidity Expert Dr. Chris Heegard (Doc. No. 92). The Court held a hearing on the Motion on July 18, 2018.

In light of the hearing on the Motion, it appears that there is a claim scope dispute as to the meaning of the phrase "controlling." The Court **ORDERS** that the parties submit supplemental briefing addressing their respective constructions of the phrase "controlling." Plaintiff shall submit a brief no longer than 10 pages by July 30, 2018. Defendants shall submit a responsive brief no longer than 10 pages by August 6, 2018.

So ORDERED and SIGNED this 18th day of July, 2018.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE