IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE:** July 18, 2018

**JUDGE**
K. Nicole Mitchell

**Court Reporter**: Shea Sloan

**Law Clerk:** Stephanie Cheng        **Courtroom Deputy**:  Lisa Hardwick

| CELLULAR COMMUNICATIONS EQUIPMENT LLC<br><br>V<br><br>HTC CORPORATION ET AL | DISPOSITIVE MOTION HEARING<br><br><br>CIVIL ACTION NO.  6:16cv363-KNM |
|---|---|

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT(S)** |
|---|---|
| SEE ATTORNEY SIGN-IN SHEET(S) ||

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:  9:07 a.m.**        **ADJOURN:  11:39 a.m.**

| TIME: | MINUTES: |
|---|---|
| 9:06 a.m | Case Called for Motion Hearing.  Appearances made (See Attorney Sign-In Sheet).  Parties announced ready to proceed. |
| 9:06 a.m | Motion Hearing Begins |
| 9:07 a.m | Jeff Bragalone argued the Plaintiff's *[94] Motion for Summary Judgment Against ZTE's FRAND-Related Defenses and Counterclaims*.  Response by Brian Nash. |
| 9:47 am | Nicole Cunningham argued Defendant ZTE's *[91] Motion for Summary Judgment of Non-Infringement*.  Response by Jerry Tice. |
| 10:11 am | Court Recessed |
| 10:30 am | Court Resumed |
| 10:30 am | Wesley Hill argued the Plaintiff's *[104] Motion to Exclude the Declaration of Qin Wang*. Response by Eric Findley. |
| 10:42 am | Jon Rastegar argued the Plaintiff's *[92] Daubert Motion to Exclude or Limit the Testimony of ZTE's Invalidity Expert Dr. Chris Heegard*.  Response by Brian Nash. |

**DAVID A. O'TOOLE, CLERK**

**FILED: 7/18/2018**

BY: *Lisa Hardwick*, Courtroom Deputy

PAGE 2  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 11:12 am | Jon Rastegar argued the Plaintiff's *[93] Motion to Exclude Expert Opinions That Rely On Alleged Non-Infringing Alternatives Disclosed After Fact Discovery*. Response by Matthew Stephens. |
| 11:33 am | The Court asked the parties if they wanted to present argument on the patent exhaustion issue. Jon Rastegar and Mr. Bragalone gave brief argument. Response by Matthew Stephens. |
| 11:37 a.m. | Brief discussion of the trial set in case 6:16cv475. The Court advised counsel that if they believed the trial would take more than a week, to consider starting the week before. |
| 11:39 am | There being nothing further, court adjourned. |