IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>Defendants. | **Civil Action No. 6:16-cv-00363-KNM (Consolidated Lead)**<br>**JURY TRIAL DEMANDED** |

### DECLARATION OF JONATHAN H. RASTEGAR

I, Jonathan H. Rastegar, hereby declare as follows:

1. I am an attorney at the law firm Bragalone Conroy PC and counsel for Plaintiff Cellular Communications Equipment LLC in this matter. I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on my personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. The document attached as Exhibit A is a true and correct copy of U.S. Patent No. 7,218,923 (the "'8,923 Patent).

3. The document attached as Exhibit B is a true and correct copy of experts of the Petition for *Inter Partes* Review in IPR2014-01133.

4. The document attached as Exhibit C is a true and correct copy of experts of the deposition transcript of Dr. Chris Heegard in this matter.

2

5. The document attached as Exhibit D is a true and correct copy of experts of the prosecution history of the '8,923 Patent.

6. The document attached as Exhibit E is a true and correct copy of an email thread between myself and ZTE's outside counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2018                          /s/ Jonathan H. Rastegar
                                                   Jonathan H. Rastegar