# EXHIBIT A

# Jon Rastegar

| | |
|---|---|
| **From:** | Jon Rastegar |
| **Sent:** | Saturday, July 28, 2018 7:25 PM |
| **To:** | Nicole Sara Cunningham; CCE Pillsbury Team |
| **Cc:** | CCE982@bcpc-law.com; Nash, Brian C. |
| **Subject:** | Re: Activity in Case 6:16-cv-00363-KNM Cellular Communications Equipment LLC v. HTC Corporation et al Order |
| **Attachments:** | 2018-07-28 - CCE363 - Stip re Dkt No 148.docx |

Nicole,

Given that the Court's order uses the word controlling, we believe it appropriate to submit a stipulation notifying the Court that the parties intend to address the larger phrase "control ... whether the application program behaves in a predetermined manner." To that end, I have attached a draft stipulation that we would like to file Monday morning. Please let us know if we have your permission to file.

Further, CCE's briefing will rely on ZTE's representation that it will not seek a construction or attempt to explain the plain and ordinary meaning of the above phrase. Accordingly, if ZTE deviates from this position, CCE will seek leave to file a reply brief. Please let us know if ZTE will oppose this relief.

Jon

---

**From:** Cunningham, Nicole S. <nicole.cunningham@pillsburylaw.com>
**Sent:** Wednesday, July 25, 2018 2:00 PM
**To:** Jon Rastegar; CCE Pillsbury Team
**Cc:** CCE982@bcpc-law.com; Nash, Brian C.
**Subject:** RE: Activity in Case 6:16-cv-00363-KNM Cellular Communications Equipment LLC v. HTC Corporation et al Order

Yes, we agree.

**Nicole S. Cunningham** | Partner
Pillsbury Winthrop Shaw Pittman LLP
501 West Broadway, Suite 1100 | San Diego, CA 92101-3575
t 619.544.3123
nicole.cunningham@pillsburylaw.com | website bio

**From:** Jon Rastegar <jrastegar@bcpc-law.com>
**Sent:** Wednesday, July 25, 2018 11:15 AM
**To:** Cunningham, Nicole S. <nicole.cunningham@pillsburylaw.com>; CCE Pillsbury Team <CCEPillsburyTeam@pillsburylaw.com>
**Cc:** CCE982@bcpc-law.com
**Subject:** Re: Activity in Case 6:16-cv-00363-KNM Cellular Communications Equipment LLC v. HTC Corporation et al Order

Nicole,

1

Thanks, does ZTE also agree that the Court's order contemplates construction of the phrase "control … whether the application program behaves in a predetermined manner"?

Jon

---

**From:** Cunningham, Nicole S. <nicole.cunningham@pillsburylaw.com>
**Sent:** Wednesday, July 25, 2018 1:04 PM
**To:** Jon Rastegar; CCE Pillsbury Team
**Cc:** CCE982@bcpc-law.com
**Subject:** RE: Activity in Case 6:16-cv-00363-KNM Cellular Communications Equipment LLC v. HTC Corporation et al Order

Jon,

With respect to ZTE's construction, as articulated at the hearing last week, we have no construction and we would go with the plain and ordinary meaning.  We would appreciate CCE's proposed construction by the end of the day today.

Best Regards,
Nicole

**Nicole S. Cunningham** | Partner
Pillsbury Winthrop Shaw Pittman LLP
501 West Broadway, Suite 1100 | San Diego, CA 92101-3575
t 619.544.3123
nicole.cunningham@pillsburylaw.com | website bio

---

**From:** Jon Rastegar <jrastegar@bcpc-law.com>
**Sent:** Wednesday, July 25, 2018 9:15 AM
**To:** CCE Pillsbury Team <CCEPillsburyTeam@pillsburylaw.com>
**Cc:** CCE982@bcpc-law.com
**Subject:** Re: Activity in Case 6:16-cv-00363-KNM Cellular Communications Equipment LLC v. HTC Corporation et al Order

Nicole,

Following up on this and our phone conversation yesterday, please provide ZTE's proposed construction for the phrase "control … whether the application program behaves in a predetermined manner." We intend to contact the Court this afternoon if we have not heard from you.

Regards,
Jon

---

**From:** Jon Rastegar
**Sent:** Tuesday, July 24, 2018 2:00 PM
**To:** CCEPillburyTeam@Pillsburylaw.com
**Cc:** CCE982@bcpc-law.com
**Subject:** FW: Activity in Case 6:16-cv-00363-KNM Cellular Communications Equipment LLC v. HTC Corporation et al Order

Counsel,

2

In light of the Court's order, CCE requests that ZTE identify its proposed construction for the phrase "control … whether the application program behaves in a predetermined manner."

Regards,
Jon

**BRAGALONE CONROY** PC
Jonathan H. Rastegar
Direct Dial:  214-785-6688

**From:** txedCM@txed.uscourts.gov [mailto:txedCM@txed.uscourts.gov]
**Sent:** Wednesday, July 18, 2018 4:41 PM
**To:** txedcmcc@txed.uscourts.gov
**Subject:** Activity in Case 6:16-cv-00363-KNM Cellular Communications Equipment LLC v. HTC Corporation et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]
Eastern District of TEXAS

## Notice of Electronic Filing

The following transaction was entered on 7/18/2018 at 4:40 PM CDT and filed on 7/18/2018
**Case Name:**     Cellular Communications Equipment LLC v. HTC Corporation et al
**Case Number:**   6:16-cv-00363-KNM
**Filer:**
**Document Number:** 148
**Docket Text:**
**ORDER FOR BRIEFING ON CLAIM CONSTRUCTION re [92] PLAINTIFFS DAUBERT MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF ZTES INVALIDITY EXPERT DR. CHRIS HEEGARD. The Court ORDERS that the parties submit supplemental briefing addressing their respective constructions of the phrase "controlling." Plaintiff shall submita brief no longer than 10 pages by July 30, 2018. Defendants shall submit a responsive brief no longer than 10 pages by August 6, 2018. Signed by Magistrate Judge K. Nicole Mitchell on 7/18/2018. (rlf, )**

**6:16-cv-00363-KNM Notice has been electronically mailed to:**

Jennifer Parker Ainsworth     jainsworth@wilsonlawfirm.com, whesse@wilsonlawfirm.com

Harry Lee Gillam, Jr     gil@gillamsmithlaw.com, 1287420420@filings.docketbird.com, 7882699420@filings.docketbird.com, 8088162420@filings.docketbird.com, ecfnotices.gsl@gmail.com, wendy@gillamsmithlaw.com, wrlamb@gillamsmithlaw.com

Jack Wesley Hill     wh@wsfirm.com, ak@wsfirm.com, hmarlowe@wsfirm.com, wbc@wsfirm.com

Michael E Jones     mikejones@potterminton.com, CMECF@potterminton.com,

amandatekell@potterminton.com, jovallery@potterminton.com

Herbert A Yarbrough, III    trey@yw-lawfirm.com, dallas@yw-lawfirm.com, lisa@yw-lawfirm.com, valorie@yw-lawfirm.com

Jeffrey Ray Bragalone    jbragalone@bcpc-law.com, BCPCserv@bcpc-law.com

Eric Hugh Findlay    efindlay@findlaycraft.com, bcraft@findlaycraft.com, dgunter@findlaycraft.com, ncadenhead@findlaycraft.com, shene@findlaycraft.com

Robert William Weber    bweber@smithweber.com, mhelms@smithweber.com

Thomas John Ward, Jr    jw@wsfirm.com, ak@wsfirm.com, hmarlowe@wsfirm.com, wbc@wsfirm.com

Melissa Richards Smith    melissa@gillamsmithlaw.com, 4293145420@filings.docketbird.com, 7882699420@filings.docketbird.com, april@gillamsmithlaw.com, diana@gillamsmithlaw.com, ecfnotices.gsl@gmail.com, gsldocket@gillamsmithlaw.com, nicole@gillamsmithlaw.com, wendy@gillamsmithlaw.com, wrlamb@gillamsmithlaw.com

Inge Larish    ilarish@bakerlaw.com, dmadams@bakerlaw.com

Ray R Zado    rayzado@quinnemanuel.com, shalondacastanon@quinnemanuel.com

Patrick Colbert Clutter, IV    patrickclutter@potterminton.com, jovallery@potterminton.com

Alexander Chester Giza    agiza@hueston.com, docketing@hueston.com

Bradley Wayne Caldwell    bcaldwell@caldwellcc.com, bdefeo@caldwellcc.com, mdelaney@caldwellcc.com, sross@caldwellcc.com

Christopher Wood Kennerly    chriskennerly@paulhastings.com, katieringel@paulhastings.com, nanettecosentino@paulhastings.com

Allen Franklin Gardner    allen@allengardnerlaw.com, 3032063420@filings.docketbird.com

Howard Neil Wisnia    howard.wisnia@pillsburylaw.com, lori.siron@pillsburylaw.com

Kfir B Levy    klevy@mayerbrown.com, kfir_levy@yahoo.com, wdc.docket@mayerbrown.com

Edward R Nelson, III    ed@nelbum.com, alissa@nelbum.com, patrice@nelbum.com, rylie@nelbum.com

Kevin P.B. Johnson    kevinjohnson@quinnemanuel.com, calendar@quinnemanuel.com, jackievalenzuela@quinnemanuel.com

Victoria Fishman Maroulis    victoriamaroulis@quinnemanuel.com, rachelaripez@quinnemanuel.com

William P Atkins    william.atkins@pillsburylaw.com, docket@pillsburylaw.com, martha.gregory@pillsburylaw.com

Jason Dodd Cassady    jcassady@caldwellcc.com, bdefeo@caldwellcc.com

4

Charles Bennett Molster, III    cmolster@molsterlaw.com

Claire Abernathy Henry    claire@wsfirm.com, ak@wsfirm.com, hmarlowe@wsfirm.com, wbc@wsfirm.com

Thomas M Dunham    tdunham@winston.com, lfowler@winston.com, thomas-dunham-1911@ecf.pacerpro.com, tom@dunham.cc

Marissa Rachel Ducca    marissaducca@quinnemanuel.com, melissarichardson@quinnemanuel.com

Brian Christopher Nash    brian.nash@pillsburylaw.com, cody.gartman@pillsburylaw.com, docket@pillsburylaw.com

John Austin Curry    acurry@caldwellcc.com

Ryan P Griffin    ryan@nbafirm.com, alissa@nbafirm.com, rylie@nbafirm.com

Roshan Suresh Mansinghani    roshan.mansinghani@bakerbotts.com, roshan-mansinghani-4572@ecf.pacerpro.com

Callie McCarthy Bjurstrom    callie.bjurstrom@pillsburylaw.com, karen.zekan@pillsburylaw.com

Mark W McGrory    mark.mcgrory@eriseip.com, docketing@eriseip.com, tim.ramaekers@eriseip.com

Megan Joanna Redmond    megan.redmond@eriseip.com, docketing@eriseip.com, zila.welsh@eriseip.com

Michael W Maas    mmaas@mayerbrown.com, wdc.docket@mayerbrown.com

Thomas Christopher Cecil    tom@nelbum.com, alissa@nelbum.com, ericca@nelbum.com

Jonathan Hart Rastegar    jrastegar@bcpc-law.com, bcpcserv@bcpc-law.com

Dallas William Tharpe    dallas@yw-lawfirm.com, lisa@yw-lawfirm.com, valorie@yw-lawfirm.com

Terry Afif Saad    tsaad@bcpc-law.com, BCPCserv@bcpc-law.com

John Charles Hueston    jhueston@hueston.com, docketing@hueston.com, lhiles@hueston.com

Jeffrey David Comeau    jeffreycomeau@paulhastings.com, karenobrien@paulhastings.com, katieringel@paulhastings.com

Douglas James Dixon    DDixon@hueston.com, docketing@hueston.com, sjones@hueston.com

Deepa Acharya    deepaacharya@quinnemanuel.com, melissarichardson@quinnemanuel.com, shelleywashington@quinnemanuel.com

Steven Arthur Moore    steve.moore@pillsburylaw.com, cody.gartman@pillsburylaw.com, docket@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com, luis.perez@pillsburylaw.com, mary.shea@pillsburylaw.com, michael.walsh@pillsburylaw.com, sandra.edge@pillsburylaw.com, sarah.taylor@pillsburylaw.com, stacey.campbell@pillsburylaw.com

Nicole Sara Cunningham    nicole.cunningham@pillsburylaw.com, docket@pillsburylaw.com,

lauren.wardle@pillsburylaw.com, lori.siron@pillsburylaw.com, luis.perez@pillsburylaw.com, mary.shea@pillsburylaw.com, michael.walsh@pillsburylaw.com, sarah.taylor@pillsburylaw.com

Rafik Paul Zeineddin    paul@zeineddin.com, paul@zeineddins.com

Caroline Ann Bader    carrie.bader@eriseip.com, docketing@eriseip.com

Andrea Leigh Fair    andrea@wsfirm.com, ak@wsfirm.com, hmarlowe@wsfirm.com, wbc@wsfirm.com

Robert Gary Pluta    rpluta@mayerbrown.com, courtnotification@mayerbrown.com, rgpluta@gmail.com

Sara Jean O'Connell    sara.oconnell@pillsburylaw.com, docket@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com, luis.perez@pillsburylaw.com, michael.walsh@pillsburylaw.com, nannie.quimpo@pillsburylaw.com, sarah.taylor@pillsburylaw.com

Hyunho Park    harrypark@mayerbrown.com, hparkip@gmail.com

Jamie B Beaber    jbeaber@mayerbrown.com, kd'andrea@mayerbrown.com, tives@mayerbrown.com, tmiller@mayerbrown.com, wdc.docket@mayerbrown.com, ysung@mayerbrown.com

Warren Joseph McCarty, III    wmccarty@caldwellcc.com, bdefeo@caldwellcc.com

Brian E Mack    brianmack@quinnemanuel.com, demeschaking@quinnemanuel.com

Jonas P Herrell    jonasherrell@paulhastings.com, kimberlyfitch@paulhastings.com

James S Tsuei    jtsuei@durietangri.com, docketing@durietangri.com

Matthew Robert Stephens    matthew.stephens@pillsburylaw.com, lori.siron@pillsburylaw.com, mary.shea@pillsburylaw.com

Jerry Tice, II    jtice@bcpc-law.com, bcpcserv@bcpc-law.com, jerry-tice-4070@ecf.pacerpro.com

Lauren E Wardle    lauren.wardle@pillsburylaw.com, nannie.quimpo@pillsburylaw.com

**6:16-cv-00363-KNM Notice will not be electronically mailed to:**
The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=7/18/2018] [FileNumber=11465935-0] [1fd1a28744179520ee920e007e4e2bb812b491c762ad3cb6842190e76b968f7c71 158270fd184a4fd76c275678a4b5311c55ffecba5f41c27738aa377bc20818]]

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this

message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770, Option 1, immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770, Option 1, immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.