**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>**Defendants.** | **Civil Action No. 6:16-cv-00363-KNM (Consolidated Lead)**<br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY**

Plaintiff Cellular Communications Equipment LLC ("CCE") Defendants ZTE Corporation and ZTE (USA) Inc., ("ZTE") notify the Court that they have reached an agreement in principle that resolves claims between them in the above-captioned litigation. In furtherance of their agreement, CCE and ZTE expect to move to dismiss constituent Civil Action No. 6:16-cv-363 in the next thirty (30) days. Thus, the parties respectfully ask that the Court stay all proceedings and deadlines while the parties memorialize their settlement and move to dismiss and that the Court enter the attendant proposed Order Staying Proceedings, accordingly.

Dated: August 20, 2018                                                Respectfully submitted,

| | |
|---|---|
| By: */s/*<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Terry A. Saad<br>Texas Bar No. 24066015<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Jerry D. Tice, II<br>Texas Bar No. 24093263 | By: */s/*<br>Callie A. Bjurstrom (CA SBN 137816)<br>callie.bjurstrom@pillsburylaw.com<br>Steven A. Moore (CA SBN 232114)<br>steve.moore@pillsburylaw.com<br>Nicole S. Cunningham (CA SBN 234290)<br>nicole.cunningham@pillsburylaw.com<br>Matthew R. Stephens (CA SBN 288223)<br>matthew.stephens@pillsburylaw.com |

1

| | |
|---|---|
| **BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>tsaad@bcpc-law.com<br>jrastegar@bcpc-law.com<br>jtice@bcpc-law.com<br><br>Edward R. Nelson, III<br>ed@nelbum.com<br>Texas Bar No. 00797142<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas Bar No. 24069489<br>Nelson Bumgardner, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>Claire Abernathy Henry<br>claire@wsfirm.com<br>Texas Bar No. 24053063<br>Thomas John Ward, Jr.<br>jw@wsfirm.com<br>Texas Bar No. 00794818<br>Wesley Hill<br>wh@wsfirm.com<br>Texas Bar No. 24032294<br>Ward, Smith & Hill, PLLC<br>PO Box 1231<br>1507 Bill Owens Pkwy<br>Longview, Texas 75604<br>Phone: (903) 757-6400<br>Fax: (903) 757-2323<br><br>**ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC** | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Tel: (619) 544-3119<br>Fax: (619) 236-1995<br><br>**ATTORNEYS FOR DEFENDANTS ZTE SOLUTIONS, INC. AND ZTE (USA) INC.** |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that the parties have met and conferred and that this Joint Motion is unopposed.

By: */s/ Jonathan H. Rastegar*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Jonathan H. Rastegar*