# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>      Defendants. | **Civil Action No. 6:16-cv-00363-KNM (Consolidated Lead)**<br>**JURY TRIAL DEMANDED** |

## ORDER STAYING PROCEEDINGS

Before the Court is the Joint Notice of Settlement and Motion to Stay filed by Plaintiff Cellular Communications Equipment LLC and Defendants ZTE Corporation and ZTE (USA) Inc. pertaining to the above-captioned litigation.

Having considered the filing, and finding that good cause exists for granting of the motion therein, the Court GRANTS the motion and ORDERS that all proceedings and deadlines as they relate to ZTE are stayed for thirty (30) days from the date of this Order while the parties memorialize their settlement and move to dismiss.

So ORDERED and SIGNED this 21st day of August, 2018.

*/s/ K. Nicole Mitchell*
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE