IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC § § *Plaintiff*, § § v. § § HTC CORPORATION, et al § *Defendants*. § § | | CASE NO.  6:16-cv-00363-KNM (LEAD CASE) |

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC § § *Plaintiff*, § § v. § § ZTE CORPORATION, et al § *Defendants*. § § | | CASE NO.  6:16-cv-00375-KNM (Member Case) |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, August 7, 2018, between Plaintiff Cellular Communications Equipment LLC, and Defendant ZTE (USA) Inc., resulting in a suspended session.  Since that time, the parties have continued discussions resulting in a settlement.

Signed this 22nd day of August 2018.

>　　　　　　　　　　　　　　　　*/s/  David Folsom*
>　　　　　　　　　　　　　　　　David Folsom
>　　　　　　　　　　　　　　　　TXBN: 07210800
>　　　　　　　　　　　　　　　　JACKSON WALKER, LLP
>　　　　　　　　　　　　　　　　6002-B Summerfield Drive
>　　　　　　　　　　　　　　　　Texarkana, Texas  75503
>　　　　　　　　　　　　　　　　Telephone: (903) 255-3250
>　　　　　　　　　　　　　　　　Facsimile:  (903) 255-3265
>　　　　　　　　　　　　　　　　E-mail:  dfolsom@jw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules on this 22nd day of August 2018.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

>*/s/  David Folsom*
>David Folsom