**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § § § § § | CIVIL NO. 6:16-CV-363-KNM |
| v. | | |
| HTC CORPORATION, et al. | | |

## ORDER

In light of the Order of Dismissal (Doc. No. 169), all issues in this matter have been resolved. Accordingly, it is

**ORDERED** that the Clerk close the above-captioned case and Civil Action No. 6:16-CV-375-KNM.

So ORDERED and SIGNED this 18th day of September, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE